**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>               Debtor. | Chapter 11 Bankruptcy Case Pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 26-10359 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     -  against  -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, and OFFIT KURMAN PA.,<br><br>               Defendants. | Action Pending in the Supreme Court of the State of New York, County of New York, Index No. 653208/2024<br><br><br><u>**NOTICE OF REMOVAL**</u> |

      **PLEASE TAKE NOTICE** that Jeffrey Solomon Simpson, as Debtor and Debtor in Possession (the "Debtor"), in a chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 26-10359 (LGB), and a defendant in the subject state court action, sued therein as Jeffrey Simpson, which state court action is pending in the Supreme Court of the State of New York, County of New York, Index No. 653208/2024 (the "Interpleader Action"), by his undersigned counsel, hereby removes the Interpleader Action, pursuant to the bankruptcy removal statute, 28 U.S.C. § 1452(a). In accordance with 28 U.S.C. § 1446 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, the Debtor sets forth the following:

      1.     The Plaintiff commenced the Interpleader Action on June 26, 2024. The Debtor is a party defendant in the Interpleader Action.

2. The Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Bankruptcy Court on February 19, 2026. Pursuant to sections 1101(1) and 1107(a) of the Bankruptcy Code, 11 U.S.C. §§ 1101(1), 1107(a), the Debtor is a debtor in possession with all of the rights, powers, functions, and duties of a bankruptcy trustee (except for the right to compensation). No separate trustee has been appointed in the Debtor's chapter 11 case.

3. The subject matter of the Interpleader Action concerns an insurance policy issued by the Plaintiff under which the defendants, including the Debtor, have made claims for coverage.

4. The Debtor's claims for coverage and the Debtor's interest in the proceeds of the subject insurance policy are property of the Debtor's bankruptcy estate, pursuant section 541(a) of the Bankruptcy Code, 11 U.S.C. § 541(a).

5. As a result, this Court has jurisdiction over the Interpleader Action, pursuant to 28 U.S.C. § 1334(b), because the Interpleader Action is a civil proceeding arising in or related to a case under the Bankruptcy Code, namely the Debtor's bankruptcy case, and the Interpleader Action may therefore be removed to this Court, pursuant to 28 U.S.C. § 1452(a).

6. Pursuant to 28 U.S.C. § 157(a) and this Court's Amended Standing Order of Reference, dated February 1, 2012, No. 12 Misc. 00032, which refers any and all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a cause under title 11 to the bankruptcy judges of the district, the Debtor respectfully requests that the removed action be referred to the Bankruptcy Court as an adversary proceeding in the Debtor's bankruptcy case. The Debtor consents to the entry of a final judgment or order by the Bankruptcy Court.

4898-7180-3795 v.1

7.     Copies of all process, pleadings and orders in the Interpleader Action are attached hereto as Exhibits numbered as follows:

1. Summons and Interpleader Complaint Pursuant to Statutory Interpleader CPLR §1006 (NYSCEF Doc 1)

2. Exhibit A to Complaint (NYSCEF Doc 2)

3. Exhibit B to Complaint (NYSCEF Doc 3)

4. Exhibit C to Complaint (NYSCEF Doc 4)

5. Exhibit D to Complaint (NYSCEF Doc 5), excluding the exhibits to the Notice of Removal in a separate action entitled *Simpson v. Chassen*, Index No. 158055/2023, which consist of the pleading filed in such action and constitute pages 9 through 363 of a 363-page document, the entirety of the document is available on NYSCEF.

6. Exhibit E to Complaint (NYSCEF Doc 6)

7. Exhibit F to Complaint (NYSCEF Doc 7)

8. Defendant Wiggin and Dana LLP's Answer to Interpleader Complaint (NYSCEF Doc 8)

9. Defendant Griffin LLP's Answer to Complaint (NYSCEF Doc 27)

10. Defendant Offit Kurman PA's Verified Answer to Complaint (NYSCEF Doc 28)

11. Defendant Arch Real Estate Holdings, LLC's Answer to Interpleader Complaint Pursuant to Statutory Interpleader CPLR §1006 (NYSCEF Doc 63)

12. Exhibit A to Arch Real Estate Holdings, LLC's Answer to Complaint (NYSCEF Doc 64)

13. Exhibit B to Arch Real Estate Holdings, LLC's Answer to Complaint (NYSCEF Doc 65)

14. Exhibit C to Arch Real Estate Holdings, LLC's Answer to Complaint (NYSCEF Doc 66)

15. Exhibit D to Arch Real Estate Holdings, LLC's Answer to Complaint (NYSCEF Doc 67)

16. Exhibit E to Arch Real Estate Holdings, LLC's Answer to Complaint (NYSCEF Doc 68)

4898-7180-3795 v.1

17. Defendant Arch Real Estate Holdings, LLC's Answer to Interpleader Complaint Pursuant to Statutory Interpleader CPLR §1006 & Counterclaim (NYSCEF Doc 69)

18. Exhibit A to Arch Real Estate Holdings, LLC's Answer to Complaint & Counterclaim (NYSCEF Doc 70)

19. Exhibit B to Arch Real Estate Holdings, LLC's Answer to Complaint & Counterclaim (NYSCEF Doc 71)

20. Exhibit C to Arch Real Estate Holdings, LLC's Answer to Complaint & Counterclaim (NYSCEF Doc 72)

21. Exhibit D to Arch Real Estate Holdings, LLC's Answer to Complaint & Counterclaim (NYSCEF Doc 73)

22. Exhibit E to Arch Real Estate Holdings, LLC's Answer to Complaint & Counterclaim (NYSCEF Doc 74)

23. Court Order – ordering that the action is transferrable to the Honorable Joel M. Cohen (NYSCEF Doc 82)

24. Court Order RE Motion Seq. 003 (NYSCEF Doc 83)

25. Great American Insurance Company's Answer to Arch Real Estate Holdings, LLC's Counterclaim with Affirmative Defenses (NYSCEF Doc 86)

26. Notice of Removal – First Removal (NYSCEF Doc 87)

27. Exhibit 1 to Notice of Removal (NYSCEF Doc 88)

28. Interpleader-Defendant Jarred Chassen's Answer with Counterclaims (NYSCEF Doc 98)

29. Notice of Remand –Remand of First Removal (NYSCEF Doc 101)

30. Interpleader-Defendant Jarred Chassen's Amended Answer with Counterclaims (NYSCEF Doc 104)

31. Interpleader-Defendant Jeffrey Simpson's Amended Answer with Counterclaims (NYSCEF Doc 105)

32. Order to Show Cause – Rejected by Court (NYSCEF Doc 134)

33. Decision and Order on Motion Seq. No. 001 (NYSCEF Doc 135)

34. Court Order RE Mot. Deq. 005 (NYSCEF Doc 147)

4898-7180-3795 v.1

35. So Ordered Correspondence from Court – 1/3/25 (NYSCEF Doc 208)

36. So Ordered Correspondence from Court – 1/3/25 (NYSCEF Doc 209)

37. Great American Insurance Company's Answer to Jared Chassen's Counterclaims with Affirmative Defenses (NYSCEF Doc 213)

38. Court Notice (NYSCEF Doc 262)

39. Attachment to Court Notice (NYSCEF Doc 262-1)

40. Notice of Removal – Second Removal (NYSCEF Doc 266)

41. Notice of Removal – Supplemental Submission (NYSCEF Doc 271)

42. Court Notice (NYSCEF Doc 276)

43. Decision and Order on Motion 2 (NYSCEF Doc 278)

44. Decision and Order on Motion 3 (NYSCEF Doc 279)

45. Decision and Order on Motion 5 (NYSCEF Doc 280)

46. Decision and Order on Motion 6 (NYSCEF Doc 281)

47. Decision and Order on Motion 7 (NYSCEF Doc 282)

48. Remand Order from State Court (NYSCEF Doc 285)

49. Defendant Offit Kurman PA's Amended Verified Answer with Counterclaims (NYSCEF Doc 289)

50. Great American Insurance Company's Answer to Offit Kurman PA's Counterclaims with Affirmative Defenses (NYSCEF Doc 290)

51. So Ordered Correspondence from Court – 12/4/25 (NYSCEF Doc 306)

52. Non-Motion Order from Court (NYSCEF Doc 309)

53. Great American Insurance Company's Answer to Arch Real Estate Holdings LLC's Amended Counterclaims with Affirmative Defenses (NYSCEF Doc 312)

54. Non-Motion Order Authorizing Interpleader Deposit and Injunction (NYSCEF Doc 336)

55. Amended Non-Motion Order Authorizing Interpleader Deposit and Injunction (NYSCEF Doc 360)

56. Non-Motion Order from Court Staying the Case (NYSCEF Doc 367)

8.  A copy of the docket entries in the Interpleader Action is attached hereto as Exhibit 57.

4898-7180-3795 v.1

9.    As set forth in the attached Exhibits, the Interpleader Action has been removed and remanded twice before.  The Debtor, prior to his chapter 11 filing, effected the second removal.  This removal is the first by the Debtor as a debtor in possession with the rights, duties, functions, and powers of a bankruptcy trustee.

10.    The Debtor reserves the right to correct any defects or other supplement this Notice of Removal.

Dated:  New York, New York
        March 2, 2026

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255


By:  _/s/ Alec P. Ostrow_____
        Alec P. Ostrow
        aostrow@beckerglynn.com

*Proposed Attorneys for Plaintiff, Jeffrey Solomon Simpson, as Debtor and Debtor in Possession, Plaintiff*

6