OLSHAN FROME WOLOSKY LLP
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMAN SIMPSON,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| GREAT AMERICAN TITLE INSURANCE COMPANY,<br><br>               Plaintiffs,<br><br>        - against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, and OFFIT KURMAN PA.,<br><br>               Defendants. | Adversary No. 26-01015 (LGB) |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ARCH REAL ESTATE HOLDINGS LLC**

In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for defendant Arch Real Estate Holdings LLC ("AREH"), a private non-governmental party, hereby disclosures and certifies that the following are corporate parents, affiliates and/or subsidiaries of AREH which are publicly held: None.

13178813-1

Dated: New York, New York
March 16, 2026

OLSHAN FROME WOLOSKY LLP

By:  /s/ Jonathan T. Koevary

Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
jkoevary@olshanlaw.com

*Attorneys for Arch Real Estate Holdings LLC*

13178813-1