OLSHAN FROME WOLOSKY LLP
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMAN SIMPSON,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| GREAT AMERICAN TITLE INSURANCE COMPANY,<br><br>                         Plaintiffs,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, and OFFIT KURMAN PA.,<br><br>                         Defendants. | Adversary No. 26-01015 (LGB) |

**STATEMENT OF DEFENDANT ARCH REAL ESTATE HOLDINGS LLC**
**PURSUANT TO RULE 9027(e)(3)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure, Defendant Arch

Real Estate Holdings LLC hereby states that it does not consent to entry of final orders or judgment

by the Bankruptcy Court.

13178698-1

Dated: New York, New York
March 16, 2026

OLSHAN FROME WOLOSKY LLP

By: /s/ Jonathan T. Koevary
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
jkoevary@olshanlaw.com

*Attorneys for Arch Real Estate Holdings LLC*

13178698-1