OLSHAN FROME WOLOSKY LLP
Jonathan T. Koevary, Esq.
Anthony B. Crawford, Esq.
Sahand Farahati, Esq.
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
jkoevary@olshanlaw.com
acrawford@olshanlaw.com
sfarahati@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 972-3000
Sean C. Southard, Esq.
Brendan M. Scott, Esq.
ssouthard@klestadt.com
bscott@klestadt.com

-and -

SCHWARTZ LAW PLLC
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com

*Counsel for Jared Chassen*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| GREAT AMERICAN TITLE INSURANCE COMPANY,<br><br>                        Plaintiffs,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JARED CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, and OFFIT KURMAN PA.,<br><br>                        Defendants. | Adversary No. 26-01015 (LGB)<br><br>**CORRECTION AND SUPPLEMENT TO ARCH REAL ESTATE HOLDINGS LLC'S AND JARED CHASSEN'S JOINT MOTION TO REMAND BASED ON LACK OF JURISDICTION OR, IN THE ALTERNATIVE, PRINCIPLES OF ABSTENTION OR <u>EQUITY</u>** |

13206807-1

Jared Chassen ("Mr. Chassen") and Arch Real Estate Holdings LLC ("AREH" and together with Mr. Chassen, the "Movants"), by and through their respective undersigned counsel, submit this correction and supplement (the "Supplement") to their joint motion to pursuant to 28 U.S.C. §§ 1334, 1446, 1447 and 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Motion")[1] to remand the claims in the above-referenced adversary proceeding dated April 1, 2026 [ECF Doc No. 7]. In support of the Supplement, the Movants respectfully state as follows:

<u>SUPPLEMENT</u>

1.      The permissive abstention and equitable remand portions of the Motion as filed incorrectly asserted there was no right to a jury trial in the Interpleader Action. Motion ¶¶ 65, 79. Concerning the jury trial right, these sections focused solely on the interpleader portion of the Interpleader Action. By doing so, they inadvertently omitted the reference to the Independent Claims of AREH and Mr. Chassen against GAIC that were merged into the Interpleader Action as described in the Motion. AREH sought a jury trial upon the Independent Claims see NYSCEF Doc No. 240, at 47, 309 at 2. The Movants' position is that this jury trial right is preserved, and that this factor weighs in favor of permissive abstention and equitable remand.

Dated: April 7, 2026

**OLSHAN FROME WOLOSKY LLP**

<u>/s/ Jonathan T. Koevary</u>
Jonathan T. Koevary
Anthony B. Crawford
Sahand Farahati
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
jkoevary@olshanlaw.com
acrawford@olshanlaw.com
sfarahati@olshanlaw.com

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

13206807-1

*Counsel for Arch Real Estate Holdings LLC*

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

<u>*/s/* Sean C. Southard</u>
Sean C. Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, New York 10036
ssouthard@klestadt.com
bscott@klestadt.com

-and-

**SCHWARTZ LAW PLLC**
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com

*Counsel for Jared Chassen*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a true and correct copy of the foregoing was served on all parties in interest by electronic transmission via the Court's ECF system to all parties authorized to receive electronic notice in this case.

/s/ Jonathan T. Koevary
Jonathan T. Koevary