**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Proposed Attorneys for Jeffrey Solomon Simpson,*
*as Debtor and Debtor in Possession, Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| GREAT AMERICAN INSURANCE<br>COMPANY,<br><br>                    Plaintiff,<br><br>-   against   -<br><br>ARCH REAL ESTATE HOLDINGS, LLC,<br>JEFFREY SIMPSON, JAREN CHASSEN,<br>WIGGIN AND DANA LLP, GRIFFIN LLP,<br>and OFFIT KURMAN PA.,<br><br>                    Defendants. | Adversary No. 26-01015 (LGB) |

**DECLARATION OF ALEC P. OSTROW IN OPPOSITION TO**
**<u>MOTION TO REMAND OR ABSTAIN</u>**

Alec P. Ostrow hereby declares the following under penalty of perjury, pursuant to 28

U.S.C. § 1746:

1. I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski, LLP, the proposed attorneys for Jeffrey Solomon Simpson (the "Debtor") as debtor and debtor in possession in this chapter 11 case.

2. I make this declaration in opposition to the Joint Motion (the "Motion") of Arch Real Estate Holdings LLC and Jared Chassen to remand the instant adversary proceeding to the Supreme Court of the State of New York, County of New York, where the case was pending at Index No. 653208/2024 (the "State Case"), based on lack of jurisdiction or, in the alternative, principles of abstention or equity. The purpose of this declaration is to attach true and correct copies of the principal documents referred to in the accompanying memorandum of law.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Summons and Interpleader Complaint Pursuant to Statutory Interpleader CPLR § 1006 filed by Great American Insurance Company ("GAIC") in the State Case on June 26, 2024, as NYSCEF Doc. No. 1.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Amended Answer with Counterclaims filed *pro se* by Jeffrey Simpson in the State Case on November 22, 2024, as NYSCEF Doc. No. 105.

5. Attached hereto as Exhibit 3 is a true and correct copy of the letter to the Honorable Joel M. Cohen from Allen Schwartz filed in the State Case on behalf of Jared Chassen on February 25, 2026, as NYSCEF Doc. No. 365.

6. Attached hereto as Exhibit 4 is a true and correct copy of the insurance policy at issue in this adversary proceeding.

7. Attached hereto as Exhibit 5 is a true and correct copy of the letter, dated November 22, 2023 from counsel for GAIC.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the Court Notice issues by Justice Joel M. Cohen on March 10, 2026, filed in the case of *Simpson v. Chassen*, Index No. 158055/2023, Supreme Court of the State of New York, County of New York, as NYSCEF Doc. No. 2369.

9.      I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2026

/s/ *Alec P. Ostrow*
Alec P. Ostrow