# EXHIBIT 3

**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

February 25, 2026

**VIA NYSCEF**

The Honorable Joel M. Cohen
Supreme Court of the State of New York
Commercial Division
60 Centre Street
New York, New York

      **Re: _Great American Insurance Company v. Arch Real Estate Holdings LLC_, Index No. 653208/2024**

Dear Justice Cohen:

On behalf of Jared Chassen, I write regarding tomorrow's deadline to file a motion for summary adjudication. NYSCEF Doc. No. 360. As evidenced by his docket filing, Jeffrey Simpson, an interpleader defendant and claimant to the disputed insurance stake in this proceeding, filed a personal Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York late last week. NYSCEF Doc. No. 364. In this proceeding, Mr. Chassen and Mr. Simpson are competing claimants to the disputed stake and their claims and positions with respect to the stake are averse to each other. Moreover, granting any parties' claim to the stake might deplete the stake to the detriment of other claimants, including Mr. Simpson. Considering that the automatic stay may apply to Mr. Chassen's claims to the stake, Mr. Chassen will refrain from filing a summary judgment motion without further court direction.

      Sincerely,

      /s/ Allen Schwartz

cc: all appearing parties via NYSCEF