# EXHIBIT 6

**SUPREME COURT OF THE STATE OF NEW YORK**

**COUNTY OF NEW YORK**

**JUDGE COHEN, JOEL M.**



| | |
|---|---|
| **JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al**<br><br><br>**- v. -**<br><br><br>**JARED CHASSEN et al** | **Index #**  **158055/2023** |

**COURT NOTICE**

The Court has considered the letters submitted by counsel for Mr. Simpson (NYSCEF 2367), JJ Arch (NYSCEF 2368), Mr. Chassen (NYSCEF 2365), and the Receiver (NYSCEF 2364) regarding the scope of the bankruptcy stay in this case (NYSCEF 2354, 2363). The Court is inclined to agree with Mr. Simpsons and JJ Archs counsel that the stay applies to this case in its entirety, and that this case at this point should be included in the federal proceedings so that it can move forward, but will defer to the Bankruptcy Courts views on those questions. Maintaining related proceedings in a single forum (to ensure coordination and avoid inconsistent rulings) has long been the Courts preference in these interconnected matters, and at this juncture the Bankruptcy Court appears to be that forum.

DATED 03/10/2026                          FILED By Joel M. Cohen