**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| GREAT AMERICAN TITLE INSURANCE COMPANY,<br><br>                          Plaintiffs,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JARED CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, and OFFIT KURMAN PA.,<br><br>                          Defendants. | Adversary No. 26-01015 (LGB)<br><br>**DECLARATION OF JONATHAN T. KOEVARY, ESQ. IN SUPPORT OF REPLY IN FURTHER SUPPORT OF ARCH REAL ESTATE HOLDINGS LLC'S AND JARED CHASSEN'S JOINT MOTION TO REMAND BASED ON LACK OF JURISDICTION OR, IN THE ALTERNATIVE, PRINCIPLES OF ABSTENTION OR <u>EQUITY</u>** |

I, Jonathan T. Koevary, pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner at Olshan Frome Wolosky LLP, counsel for Arch Real Estate Holdings LLC. I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Court for the Southern District of New York.

2. Attached as Exhibit A hereto is a true and correct copy of the email dated January 24, 2026 from Jeffrey Simpson to the Honorable Joel M. Cohen, which email copies me among other recipients. Exhibit A excludes all attachments, which attachments are available at *In re YJ Simco LLC*, No. 25-10437 (LGB), ECF Nos. 113-15.

13238254-1

3.  I declare under penalty of perjury that the foregoing is true and correct.

       Executed the 27th Day of April, 2026

       /s/ Jonathan T. Koevary     
       Jonathan T. Koevary

13238254-1