# Exhibit A

*01/24/26 Jeffrey Simpson Email to Justice Cohen*

**Koevary, Jonathan T.**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Saturday, January 24, 2026 2:55 PM |
| **To:** | Hon. Joel M. Cohen |
| **Cc:** | Martin Bunin; allen@allenschwartzlaw.com; Eric Huebscher; Jared Chassen; KWIENER@ 35oak.com; Koevary, Jonathan T.; dag@msf-law.com; ssouthard_klestadt.com; gfh@lhmlawfirm.com; cjc@cjc.ny.gov; ig@nycourts.gov; Criminal.Division@usdoj.gov; seddiolaw@gmail.com; Joshua DiLena; Scott A. Schechter; info@adelialaw.com; Michelle Miller; NYSBml_Beckerman's_Chambers; Gary Herbst; Peter Senzamici; CJ Hughes; Gary Herbst |
| **Subject:** | Re: More Schwartz impropriety and NYS court ignoring the law |
| **Attachments:** | 1.23.26 letter to judge beckerman supp 8 per 81.pdf; 1.23.26 letter to Judge Beckerman supp 7.pdf; 1.24.26 letter to Judge Beckerman supp 9.pdf |

Courtesy copies attached here of action in YJ Simco. These letters have been submitted to ECF.

Once again, SHAME ON YOU JUDGE JOEL COHEN, for what you have done and continue to do - all prejudicial, biased and with intentional harm to me, including your actions this week.

If i must file for personal bankruptcy as a result to stop your absurdity, that i will do and your "unclean" hands will be investigated to the nth degree.

I will once again go to all law enforcement agencies with your actions. I can only imagine where your immunity starts and stops as it relates to federal bankruptcy code crimes.

> On Jan 20, 2026, at 6:44 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
>
> Courtesy copy of what I submitted to SDNY re YJ Simco attached here.
>
>> On Jan 19, 2026, at 6:16 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>>
>> Somebody please tell me how this is possible when I couldn't have been clearer about the issue regarding the jurisdictional and conflict problem?
>>
>> You see of course Allen is going to run forward with his favorite judge so that he can get what he wants with Seddio's backing. Jared is a thief and a criminal. Go for it, let's see how your proposedsummary judgment looks when he's sitting in jail? You'll be right next to him , you crook. Cohen maybe two doors down with Seddio. I mean, between Sprei , Nussbaum , it's really going to be burdening the system. We're not even talking about Wiener yet.

There will NOT be a conference this week (or ever ), on my case (in front of Cohen) , that I called for until justice is served and we get clarity from people who are not biased and prejudicial.   If you, Cohen, proceed you're doing at your own risk.

CJC, DOJ please do your part , enough is enough here.   If you allow this to continue there's no law or justice.   You will have watched the crippled system at large in front of your own eyes.

<preview.png>

DocumentDisplayServlet
PDF Document · 112 KB

Jeffrey Simpson

Sent from my iPhone

> On Jan 17, 2026, at 12:50 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Follow up letter, attached herewith,  to Judge Vargas,  courtesy copy  regarding JJ Arch 1:24-CV-08649.  That will be posted to ECF in short order as well
>
> Thank you.
>
>> On Jan 17, 2026, at 5:07 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>>  courtesy copy attached here of my letter to the bankruptcy court this morning reacting to breach of "stay", as I mentioned previously.   It was submitted through ECF.
>>
>> I understand that Joel Cohen here has given his views on this issue that are arbitrary and prejudicial, because he hates bankruptcy court and he hates losing control of a case, especially when he's been wrong for over two years and if he loses control of the situation , it will be more than me exposing him.  With that said my letter illustrates the record, unless I'm mistaken, the rules were not followed.

2

Under the CPLR, if it has been more than 20 days, a named defendant cannot be withdrawn without a motion and or mutual consent.   So yet another circumstance where it is the pretend game so that Chassen and Oak can continue to hurt me in front of the judge who should've recused himself a long time ago for all the reasons mentioned.   Why Should he do that ?   again he loses his control of his destiny to try to destroy me.   This also will aim to protect his tenure.   One would think, with all the noise on the seddio related cases, Cohen would either come clean or stand down.   Again it's just too late for him, he's in too deep.

And for the corrupt receiver, he has a duty to make requests for his actions in either or both bankruptcy proceedings. Why would he do that?   The corrupted New York State judiciary has his back.

I defer to the bankruptcy court to decide on this issue.   And if I'm correct and you all are breaching the stay, that's a problem that you could figure that out on your own.

Thank you and have a nice day.

<Jan 17th letter to the Court about breach of stay.pdf>

<Notice to withdraw YJ as named Defendant on March 10, 2025.pdf>

<Charles Wertman letter about YJ Simco withdrawal March 2025, by chassen.pdf>

<IMG_3294.jpeg>

<IMG_3295.jpeg>

<IMG_3296.jpeg>

Jeffrey Simpson

Sent from my iPhone

> On Jan 16, 2026, at 5:05 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> And Gold, once you send us the real joint defense agreement and once you tell us about the relationship with you and Chassen since before any litigation started and your jackass client sued me (to intimidate me in Chassen's words and to forum shop) in the federal court then we'll put your guys on the stand to get the truth out, in a real court with a real judge.  Let's also understand the Seddio relationship.
>
> I mean Kevin ran for mayor of Toronto and lost and then sued his opponent!   This is what we're dealing with but only a corrupt judge would see their ridiculousness for anything more than what it is, garbage disgusting garbage and thievery.  And diversity is as you stated in the

very first lawsuit, oak is Canadian  and I'm New York.

Jared's irrelevant because he works for them and he committed perjury and he's been fired for 2 1/2 years and has no standing or role in anything other than being in a jail cell.

Don't waste my time with this trash.

Jeffrey Simpson

Sent from my iPhone

> On Jan 16, 2026, at 4:40 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Joel Cohen,
>
> What don't you understand?  You are corrupt and I filed an action against you and the participants here.  Inviting the folks to take action against me is further deteriorating from the damages that you judge Joel Cohen have created.  No independent outside party disagrees and I demand police intervention now.
>
>  I demand justice and I demand it now.  You don't get

5

the right to speak up any further about anything here with what you've done to cause destruction. And Gold, you will lose your license for practicing soon just like the rest.

<preview.png>

ViewDocument
PDF Document · 117 KB

Jeffrey Simpson

Sent from my iPhone

On Jan 16, 2026, at 4:40 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

<118966294.jpg>

NYC lawyer in court over missing $2M that investors fear is gone for good after mystery transfer
nypost.com

Are you all still holding to your

6

story? The Seddio fixer scheme is burning, and my case will be the most significant. If you have not learned by now, I do not surrender. The difference between me and Kevin Weiner as I stand on merit, not games and lies. Jared is a pawn, everyone knows that. Let the

criminal justice folks figure this out. The court authorizing the receiver to sell assets that are subject to multiple bankruptcies, is unconscionable. The Court allowing Chassen to continue in any path after he stole the business, and after the verific

8

ation of the joint defense agreement, unconscionable. The fact that judge Joel cohen has not recused himself, knowing that Schwartz is affiliated with Seddio and impacts his upcoming June nomination, also impossible.

You all let me know how you plan to extrica

te yourself and stop the bleeding of my assets and portfolio, which are purely vindictive by Chassen, oak, and the court in cahoots.

Jeffrey Simpson

Sent from my iPhone

On Jan 15, 2026

, at 2:30 AM, Jeffrey Simpson <jsimpson001@icloud.com

> wrote:

<preview.png>

**ViewDocument**
PDF Document · 383 KB

I nearly document for rep

resentation for Chassen, from Imran Ansani.

How inter

esting that now he is Seddio's lawyer on the sanction iss

ue for the $2 million problem. That lasted for a minute, j

ust like he was in my case.

All maneuvers for Seddio, put

in the right go on at the right time.

How notable that J are

17

d, his attorney, the attorneys for AREH and Oak, none show

edupatthebkcourtyesterdayexceptforKevinWeiner.

J

ust there to be his usual annoying self to try to find BS tec

hnicalities to hurt me because that's all he knows how to d

oisplay video games. The man has not operated a piece of re

a
l
e
s
t
a
t
e
i
n
h
i
s
l
i
f
e
a
s
y
o
u
l
o
o
k
a
t
h
i
s
t
r
a
c
k
r
e
c
o
r
d
w
i
t
h
w
h

a the did based upon Judge Cohen's orders, full decimatio

n of AREH, other than him getting the guarantee relief hes

ought.

I guess Jared was right - the truth would never m

atter. I guess when Jared told me that Michelle Miller is a

o-called "covered", that allowed the accomplice to the t

heft o state that she would be a "hostile witness" to avoi

d testimony last year in evidentiary hearing.

And of co

urse this judge allowed it.

Jared was right about some

thing, probably the first thing in 12 years I've known him

, this is a game of "pay to play" who could pay into the Seddi

obid to maneuver the judges.

Oak funded the Adelia firm

, just like it did to Freid Frank.

Poor Allen Schwartz, h

e doesn't even make the letterhead for the Adelia firm, bu

thewasdumbenoughtogiveaSeddiobusinessscardtoacour

t

reporter.

<IMG_3183.png>

Jeffrey Simpson

Sent from my iPhone

On Jan 13, 2026, at 12:21 PM, Austin P

ark<Austin_Park@nysb.uscourts.gov> wrote:

Dear Al

l,

In response to Mr. Simpson's letter sent via email thi

s morning, the court has scheduled a status conference fo

rtomorrow at 10am (ET).

The scheduling order is attache

d.

In order to attend, please register for the hearing us

ing the ecourt appearances tool on the court's website: h

ttps://www.nysb.uscourts.gov/ecourt-appearances.

Austin Park
Law Clerk to the Honorable Lisa G. Beckerman



U.S. Bankruptcy Court for the Southern District of New Yo

48

rk One Bowling Green, New York, NY 10004 Direct: (212) 28

4-4027

**From:** Jeffrey Simpson <jsimpson001@icloud.

com>

**Sent:** Tuesday, January 13, 2026 6:04 AM

**To:** Martin

Bunin<MBunin@farrellfritz.com>; allen@allenschwar

[tzlaw.com](tzlaw.com)<allen@allenschwartzlaw.com>; Eric Huebsc

her <ehuebscher@huebscherconsulting.com>; JaredCha

ssen<jaredchassen@gmail.com>;KWlENER@350ak.com<K

WIENER@35oak.com>; [jkoevary_olshanlaw.com](jkoevary_olshanlaw.com) <jkoevar

y@olshanlaw.com>; [dag@msf-law.com](dag@msf-law.com)<dag@msf-law.com

>; [ssouthard_klestadt.com](ssouthard_klestadt.com) <ssouthard@klestadt.com>.

; gfh@lhmlawfirm.com <gfh@lhmlawfirm.com>; jmcohen@

[nycourts.gov](mailto:jmcohen@nycourts.gov) <jmcohen@nycourts.gov> **Cc:** [cic@cic.ny

.gov <cjc@cjc.ny.gov>; ig@nycourts.gov <ig@nycourts

.gov>; Criminal.Division@usdoj.gov<Criminal.Divis

ion@usdoj.gov>; Howard Kalb <hkalb@southamptontownn

y.gov>; Todd Spencer <TSpencer@southamptontownny.go

v>;NYSBml_Beckerman's_Chambers<beckerman.chamber

s@nysb.uscourts.gov > **Subject:** YJSimcoBK, updatelet

terfromJS01.13.26

**CAUTION - EXTERNAL:**

Good morning,

A courtesy copyi

67

s attached herewith:

Update letter provided to the Hono

68

rable Judge Beckerman, dated today.

I asked for the Pro



Se clerk to upload to ECF.

Thank you,

Jeffrey Simpso

n

On Jan 9, 2026, at 5:14 AM, Jeffrey Simpson <jsimpson 0

71

01@icloud.com> wrote:

This is in response to Bunin's l

etter, which will cause more destruction and more threat a

s to my personal assets and my estate.

Marty, I saw anoth

e
r
r
i
d
i
c
u
l
o
u
s
m
o
t
i
o
n
a
n
d
a
l
e
t
t
e
r
t
h
a
t
y
o
u
s
e
n
t
t
o
t
h
e
N
Y
S
c

ourt.

Have you read the JJ Archwaterfall yet?

If you wer

e a legitimate receiver on behalf of the partnership you w

ould actually take direction from me because l'm the only y

one of relevance (personally, corporately etc.) therei

snoother beneficiary (and possibly the YJ trustee and or

the
bankruptcy
court).

We
all
know
what
the
contracts
say

s, we all know what the February 2024 order even says becau

se Chassen was acting like a child (siphoned $40,000 from

225

and then extorted me) the judge chastised him, even th

e corrupt judge had no choice at that point.

But you keep

going in this fictitious little world of yours that you ge

t
t
o
a
t
t
a
c
k
m
y
a
s
s
e
t
s
a
n
d
m
y
c
i
v
i
l
r
i
g
h
t
s
,
f
o
r
w
h
a
t
r
e
a
s
o
n
?

Who authorized you?

Jared Chassen asked for you to be th

ere and that's "money good" why? Because you and his cry b

a by whiny bratty (and corrupt) Lawyer, who is useless, co

lluded together to hurt me and think you're going to get a w

ay with it?

You are disgrace to the legal system and a disg

race to mankind just like Allen Schwartz and the rest of th

ese disgusting goons.

And yes my threats to call the pol

ice is something I'm allowed to do. What other remedy is t

here when you have villains trying to make threats on me?

We don't have a competent court here, you ignore the fede

ral court even though you claim to be a bankruptcy lawyer.

That must've been 50 years ago, you love the mockery of th

e New York State court which is a joke of a Court and everyone

e
i
n
t
h
e
i
n
d
u
s
t
r
y
k
n
o
w
s
i
t
'
s
a
m
e
s
s
.

A
g
a
i
n
,
I
u
r
g
e
J
u
d
g
e
C

ohen to take further action, please do, every move you ma

kel'm reporting to every possible governmental agency b

ecause you are wrong wrong and wrong. And it's because of

you that guys like Marty Bunin think they can say the thing

s they say and do the things they do with people like Eric Hu

ebscher, who should be in jail for what he's done to so many

others prior to me.

I would offer to bring in witnesses sb

ut in front of a judge who doesn't care about anything othe

r than his own agenda or political moves, it's a waste of ti

me.

Due process does not exist anywhere near you.

So

no Marty Bunin, you are to stop now and surrender my proper

ty back to my leadership management where it belongs.

Th

emere example that you facilitated or allowed contested

and noncontested assets to be sent to a criminals place in

upstate New York. I've already filed a USC EDNY litigati

on, you received a copy.

I've already told the police in

multiple jurisdictions.

It reminds me of the maneuver

, just last week, where I was exposed to Police brutality a

s
a
r
e
s
u
l
t
o
f
y
o
u
r
a
c
t
i
o
n
s
.

Y
e
s
M
a
r
t
y
,
y
o
u
c
o
u
l
d
g
o
t
o
t
h

ebankruptcy court and you can make an application, if you

121

want and I will be there to oppose it because you don't get t

odo what you're doing in front of Cohen, jurisdictional l

y.

If he's too careless or vindictive to realize that, if

furthers my point.

I am copying the Southampton police

h
e
r
e
s
o
t
h
e
y
c
a
n
c
h
i
m
e
i
n
i
f
n
e
c
e
s
s
a
r
y
b
e
c
a
u
s
e
y
o
u
j
u
s
t
d
o
n

't get it or you make your own laws just like Chassen and Hue

bscher and Oak.

So the difference here is you're actual l

ly threatening to sell my assets, you're nobody in the sc

heme of it -- you put in no money, you have no contractual re

lationship other than a court order that is functionally

irrelevant because of standing, a joint defense agreeme

nt, jurisdictional issues, criminal activity, corrupt

ion and obsolescence (based on all the new information th

at I've uncovered because of whatever payoff that you an

dSchwartzandSeddiohavedone), you're just another hir

ed g unto participate in destroying me, all in pursuit as A

llen Schwartz tells everybody" we just want to hurt Simps

on, because he has a lot to lose".

It is unlawful.

This

is the link of the order that Bunin proposes to the court:

&lt;preview.png&gt;

ViewDocument
PDF Document · 123 KB

This is a link to his letter:

&lt;preview.png&gt;

ViewDocument
PDF Document · 184 KB

He forgot to mentio

n his threat of last week where I got attacked by a police of

fice.

He failed to mention any police investigation.

H

e failed to mention the lawsuits that I filed against him a

nd the other parties for diminishing my civil rights

He

fails to mention the deterioration of value of the proper

t
y
t
h
a
t
c
o
m
e
s
w
i
t
h
t
h
e
s
e
h
o
r
r
i
f
i
c
a
c
t
s
t
h
a
t
i
s
c
o
n
s
i
d
e
r
e
d

to be a bankruptcy crime:

ViewDocument
PDF Document · 413 KB

So I've done what I can here

under the law, the question is what is law-enforcement go

ing to do to help me with these horrific goons, in light of fe

verything I've illustrated. And I apologize to the bank

ruptcy court to include the mon an email and l will file thi

s

a

s

soon as I possibly can but I'm on the road and I have no ac

cess to do any filing right now and especially since I'm no

t a lawyer and I don't have representation to do that.

I N E

ED HELP WITH THE SITUATION.

I raised this properly by let

ter and by motion and it has to stop, it's just not right.

I am more than happy to let an independent third-party com

ein and review the circumstances and make some sort of det

ermination but nothing adds up and this is just unlawful.

I can't call the police because they clearly have their o

wn agenda, the courts have prejudiced me because of Cohen

's absurdity. So I'm not asking for Marty Bun into chime

in, I could careless what he has to say I only care about the

courts and law-enforcement and that's where this messag

eis directed. And for Judge Joel Cohen, I'm sorry I feel t

he same way and he knows that and he should've been gone a lo

ng time ago for a lot of reasons.

Reminding the parties - I

went to him for help, not the other way around, he didn't so

licit me for bad acts because of some sort of complaint.

H

eallowed these people to turn the screws, vindictively w

hile they were forum shopping in the federal court and the

y had a joint defense agreement that changed everything a

173

nd he totally doesn't care about the collusion that I ment

i
o
n
e
d
o
v
e
r
t
w
o
y
e
a
r
s
a
g
o
b
e
c
a
u
s
e
i
t
w
a
s
a
l
w
a
y
s
r
e
a
l
a
n
d
u
n
d

ermin005 everything he did and everything that the stands f

ermineseverythinghedidandeverythingthatthestandsf

or, which is not what the law says.

So this time I don't ne

ed to be physically attacked and verbally abused for prot

ecting my estate and assets.

There is a sense of urgency h

ere.

I hope the appropriate governmental officials se

e
the
light.

Thank you

Jeffrey Simpson

Sent from my i

Phone

On Jan 8, 2026, at 5:11 AM, Jeffrey Simpson <jsimp

son001@icloud.com> wrote:

In light of the various pend



ing actions in the Federal Court, including the Bankrupt

cy Court (where Mr. Bunin claims that he is an expert), and



pending criminal investigation against Chassen (and ot

hers), the request for the legal reimbursement for FF is a

bsurd and to say it is contested is an understatement.

I

t frankly breaks the Bankruptcy law and it is an admission

to attempt to commit further fraud.

For the 1000th time

, Chassen (and Oak) stole my company improperly, this inc

ompetent Court knew that, acknowledged it and allowed it

to continue under it's swatch.

The same incomptetant Co

urt knew that Chassen had no standing to do anything and a c

knowledged on the onset of the case (on the record) that he

believed that the contract was clear under the JJ Archam

endment that "Chassen had virtually no rights since 2021

". Chassen and Schwartz extensively committed perjury

to this Court and the bankruptcy Court.

They used a diff



erentversioneachtimeitwouldworkfavorablyforthems

o they could continue this game of attacking me, my rights

, and my estate at all costs.

The Federal Courts were emad

eaware, but obvious political concerns and implication

s caused trepidation to undermine the corrupt Joel Cohen

.

Now that his motive has been made clear, and his upcomi

ng nomination, with Schwartz being on the take alongside

Frank Seddio, Cohen has to keep damaging me to protect his

tenure.

Bun is well aware of the bankruptcy implicat

ions of the JJ Archpending appeal which has serious conce

rns of how this NYS Court has acted this entire time pendin

g the resolution of that appeal.

Bunin is well aware of t

hecrossover and implications of the YJ Simco bankruptcy

, but he races ahead to try to line the pockets of himself an

d corrupt Eric Huebscher, all illegal and vindictive act

s that lack merit.

Let me remind you all that this whole lec

ase has been a sham and the JDA was the nuclease of it all.

Oak suing me in Federal Court, while the JDA was in effect,



makes this whole NYS action a moot (after I clarified Chas

sen was wrong with an immediate and uncontested PI).

Ho

w much did Oak spend to stay in front of their favorite judg

e to avoid reality incompetent Courts?

10M?

How much

221

did they spend to avoid discovery?

So now Huebscher and d



Bunin participate with a known criminals, Chassen and Oa

k, to steal my assets (and my estates) and they continued o

wn this horrific road to no owl in etheir pockets?

Who was

225

the buyer of 225 Head of Pond?

It is recorded in the name o

fa management company.

Is Chassen, Oak, or Wiener a par

ticipant?

This absurd Court allowed a sale (even thoug

hit reiterated my rights in the Feb 2024 Court Order), wit

houtmerit, knowing the fraud and collusion and breach of



Bankruptcy stay and now the attorney has the Chutzpah (ne

rve) to race forward to ask to pay themselves?

This sham

to attack me and my assets is insane.

I will continue to n

otify all law enforcement of these actions and the same wi

the bankruptcy court.

Judge Cohen's rulings and imp

235

roprietaries are a mockery of the system.

Him allowing

you all to play this disgusting game in front of his eyes, t

hatisunlawfulisgoingtopursuedtofullyextentundert

he law (not the Judge Joel Cohen version that lacks merit,

due process, competency, common sense, contractual obl

igations and the like).

Again, shame on you all for cont

inuing down this horrific and unlawful road to damage the

one honest guy in the room.

I will not roll over and will c



243

ontinue to pursue you all until justice is served.

I hav

e
b
e
e
n
l
e
f
t
w
i
t
h
n
o
c
h
o
i
c
e
.

A
n
d
t
h
i
s
i
s
n
o
t
a
q
u
e
s
t
i
o
n
o
f
a

ppeals, criminality has occured, the judge's friends up

and down the NY system will support him, even though not on

e qualified independent lawyer can see the light on how th

is could have happened for the last 2 years.

And thats ta

ndard will be used when due process eventually occurs.

I wholeheartedly object to 1 dollar going to Huebscher, B

unin, Chassen, Oak, or any of the criminals here and this C

ourtlostit'schancetomakerulingsalongtimeagowheni

t
e
v
i
d
e
n
c
e
d
e
x
t
r
e
m
e
b
i
a
s
,
p
r
e
j
u
d
i
c
e
,
u
n
w
i
l
l
i
n
g
n
e
s
s
t
o
r

eport the penal crimes to the authorities, and safeguarg

ingit' stenure and attacking me as his only path to try to s

256

ave what is left of any credibility for the Honorable Judg

e Joel Cohen, at least until June when is his elected termi

sup.

You have all been put on notice and no, I have no way t



o put this on NYSCEF.

I am allowed to defend myself.

I w

illnotifythebankruptcycourtoftheseactionsasGaryH

erbst, on behalf of Chapter 7 trustee, doesn't have the co

urage to stand up for justice or step on the toes of another

, alleged, quasi public officer of the Court, Huebschera

nd Bunin.

I will notify the press and whoever I deem appr

opriate, including law enforcement.

Jeffrey Simpso

n

**CAUTION - EXTERNAL EMAIL:** This email originated
attachments or clicking on links.

<96-SchedulingOrderreStatusConference.pd

f
>

<Jan 17th Letter to Judge Vargas on JJ Arch disposition of assets.pdf>

<Jan 17th Letter to Judge Vargas on JJ Arch disposition of assets.pdf>

<Jan 20th letter to the Court about breach of stay.pdf><jj arch adv proceeding.pdf><158055_2023_JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_NOTICE_OF_MOTION_2258.pdf>