# Chantel Barrett

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Tuesday, May 5, 2026 9:09 PM
**To:** NYSBml_Beckerman's_Chambers; daniel.rudewicz@usdoj.gov; Alec P. Ostrow
**Subject:** Fwd: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)

**CAUTION - EXTERNAL:**

I have been begging and pleading for help and I made it crystal clear that YJ being converted was a sham and this is indicative to show you exactly what they're up to. We are now under a chapter 11 where I am the debtor, not really by choice, I was left with no other remedy .  What they're doing will not get resolved by motion practice it needs a criminal investigation.  Why I can't seem to get help from the criminal justice folks is dumbfounding to me.  Shall we interview every one of the investors that lost millions of dollars because of their act and their behaviors?  Their mission was crystal clear with vindictive and intentional efforts with countless  witnesses all scared to be abused the way I have been.  What is it going to take to get help here?   Gosh, I had to file a personal bankruptcy!   I had 25 years of success I was worth $20 million just three years ago I could've retired at age 40, all being self-made with honesty and integrity and never questioned, not once.  I was never terminated I was never demoted and I was never treated anything like this in my life.  I have worked since I am a small child for my father for free I got my first job with working papers at 14 and then had two jobs at the same time and I've never ever have seen such treatment.   They have a clear mission to destroy my life and no motion practice will solve this because it's not a civil case this is a criminal vindictive agenda and it is obvious to most third parties.  What more am I supposed to do other than call the criminal justice folks and go to the bankruptcy court?  Mr. Ostrow is not technically even my lawyer at this point.  His retention has not been approved and there's continued attacks to avoid his retention being approved.  This is no different than the insurance matter.  Mark my words if someone gives me the opportunity it will take me less than 10 minutes to illustrate how the four corners of the page are crystal clear that the only person they can make decisions on insurance is me.  This is even after court orders which made no sense in the first place.  And I will repeat myself from last night no, no, there has not been due process on anything.  Another year has gone by without  testimony or third-party being solicited to speak up.  This is not a function of me, I've never litigated in my life and I've never had to for all the obvious reasons based upon my character and what I do.  I get it done the honest way, with integrity.  Does the DOJ or the judge want to speak to my boss for 11 years?  He is more than happy to speak to any judge or any court.  He fought me for one year to not leave to start my own business in 2017, AREH.  Jared was brought with me and made 1/10 of what I did and begged me like he did on most occasions that he needed something.  These folks told New York State Court that I was fired from that position which is nothing further than the truth.   I took four others with me, there's a document that's referenced in the AREH agreement, where my old firm Greystone was paying us to provide consulting services for six months on transition.  How is that they fired me if they're allowed me to take five people and paid me significant money after I left and started AREH.  There are hundreds of examples but no one's listening.  I am not trying to be disrespectful but as you said my life is on the line and I'm done being calm and cool and this is appropriate for what is happening to me.  It is the unconscionable and I beg the court and the DOJ to start asking the right questions and look into the documents because it says it all.

Look at where we are with the bankruptcy, we noticed over 200 people.   Look who's at the table to make claims?  It's the same antagonist except for an absurd attorney that gouged me after he had his own improprieties which is documented.   Nobody else has shown up, why?   Because this doesn't make sense and it needs adjudication and it needs investigation and it needs it now.   It's unfortunate that Greg and Gary were cowards.   They definitely know what was going on and they're concerned was how is this paid for to deal with it.   So the longer this goes on the less likely anything will ever get dealt with properly because time does not work well when there's money at stake .

So the conclusion of below is they sought relief that they could not seek contractually and with court orders.  And if you notice how I call them out, look how the response comes through.   Kevin Weiner trying to be this professional, he is the farthest thing from professional and when we get some people to talk about his character gosh you will learn very quickly what it is we're dealing with here.   It is questionable if his brother is better or worse and we haven't even started with his parents.   They are driving all of this and there will be no end regardless if I filed for a personal chapter 11.   They made it very clear to call people they will not stop until I'm gone.    They have to do this to avoid the truth of what they actually accomplished to me and so many others.   So what will it take for me to get relief and help?  I had plenty of money available for lawyers and insurance policy but that got wiped by their actions and that's not my fault that is a broken New York State system that has some serious concerns which you could also see below.

So again I am begging for help and I am disappointed that I got no response today.   These people sought Emergency after Emergency after Emergency and this is actually an emergency because my life is not the same and it's been deteriorated and I have been saying this to the federal court since December 2024.   All documented.  I called the FBI, I called the police and all because Judge Joel cohen has done what he has they've all avoided the situation and frankly maybe you are too.   We are humans here.  You think I could not have gone to law school?  Do you think I could not have worked for the DOJ or became a judge?   I have two masters degree after an engineering degree and I surpassed just about everybody I knew with my success.   God sake my brother is an attorney.   I am not some poor dirtbag who's screaming bloody murder, I am a highly successful and highly educated person that has been destroyed.   How is this not an emergency?   It was an emergency 18 months ago but no one seems to care so that tells me the system is broken.    The question is now with a real court and a remarkable judge, will the light be seen?

The FBI, DOJ, lots of pressure from the White House I understand.   But there's a new agenda about fraud was an accelerated schedule so gosh I got to  believe there's resources there.   You should only know how the NYPD treated me.   Alvin Bragg's office a joke and comical.    Isn't the destruction of a $1bn dollar company enough?   The criminals are doing it to other companies that publicly traded elements.   It's public information, I spoke to the CEO of one of the two of them.   But now I'm just being redundant because I've said the same thing over and over again and I have not been heard, unfortunately by this court too because process a procedure went ahead of human rights and civil rights and in entrepreneurs freedom.

Again, I really hope that I will hear from someone tomorrow on how to deal with these horrific situations we're dealing with here.   And the insurance matter, check mate - they solicited this court improperly and against agreements in conjunction with fraud that was committed by Jared Chassen and by oak.  And then continue to object to Ostrow's engagement is not good whatsoever and without the Court stopping them I will be without an attorney and I guess you all will be stuck with me which will be terrible for everyone involved.   The mere fact that they object to me having counsel when I have indemnification and

insurance that I could contractually control, that should really open people's eyes.   And no, I cannot do a motion , I'm not a lawyer.

And if me speaking up cause some sort of damage or issues for myself, I don't know what to say but if I can't stand up to defend myself who will?

And no, I will not be attending another conference to listen to people attack me and without the ability to charge back at their ridiculousness.   There is not a single lawyer that could be prepared for what they are trying to achieve.   It could take six months to a year for someone to understand what is they've accomplished, I need help from the criminal justice folks.   And if I did something wrong, gosh I would be pretty dumb to continue to ask.

If this needs to be shared with all parties, I do not care.   I am beyond at my wits end with a broken system that does not find adjudication for horrific acts of crime and deterioration.    If you all only understood how my life has changed because of what they've done and what Joel Cohen endorsed, I don't know if you could appreciate it, I could never imagine what I'm going through for anyone.


Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** May 5, 2026 at 6:54:33 PM EDT
> **To:** Kevin Wiener <kwiener@35oak.com>
> **Cc:** Koevary@olshanlaw.com, allen@allenschwartzlaw.com, "Alec P. Ostrow" <aostrow@beckerglynn.com>, Sean Southard <ssouthard@klestadt.com>, Jared Chassen <jaredchassen@gmail.com>, Tristan Last <tristan.last@gmail.com>, Michelle Miller <michellecmiller6@gmail.com>, "Scott A. Schechter" <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Yechiel Lehrfield <lehrfield.yechiel@gmail.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>, seddiolaw@gmail.com, ustpregion02.nyecf@usdoj.gov, Criminal.Division@usdoj.gov
> **Subject: Re: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)**
>
>
> I don't need your advice you piece of shit of the Earth.  You are a known criminal.  You're not a lawyer you're nobody.  That's right Kevin you are nobody go tell someone that cares,  should I copy your buddy Joel Cohen here?  What about Frank Seddio ?  They are welcome to the party.   How about we meet on 19 May before Frank has to testify?   You don't think the situation with Allen and him is ever going to be exposed?  How about the Adelia firm?  You know where Judge John Leventhal works with Allen too.  Frank tried to seek their help with his current troubles but that didn't work out.  How coincidental that you hired them for Jared initially for about a minute.  Where is Leslie?????

Maybe I should include the email where you said, I quote "Jared will need an attorney that is a former judge"?

I've included the DOJ here too hopefully they will wake up because I've been telling them what you've been doing for the last two years (including in Canada and israel ).   No, you have no relevance and you have no authority to do anything and that's where cohen  screwed up royally.   So viola !

Jeffrey Simpson

Sent from my iPhone


On May 5, 2026, at 6:24 PM, Kevin Wiener <kwiener@35oak.com> wrote:


Jeff if you want the insurance case decided just bring a motion to lift the stay. We'll happily consent. I assume the other parties will too. NY Supreme Court will probably schedule a hearing on it by end of summer.

Any other route is going to take longer and be more expensive for everyone (including your bankruptcy estate).

Sent from my Galaxy


-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-05-05 6:19 p.m. (GMT-05:00)
To: Koevary@olshanlaw.com, allen@allenschwartzlaw.com, "Alec P. Ostrow" <aostrow@beckerglynn.com>, Sean Southard <SSouthard@klestadt.com>
Cc: Kevin Wiener <kwiener@35oak.com>, Jared Chassen <jaredchassen@gmail.com>, Tristan Last <tristan.last@gmail.com>, Michelle Miller <Michellecmiller6@gmail.com>, "Scott A. Schechter" <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Yechiel Lehrfield <lehrfield.yechiel@gmail.com>
Subject: Fwd: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)

**EXTERNAL**
Let me remind the scum of the Earth - there's only one human by any contract that can authorize insurance for Arch or affiliates and that is me!   Go read AREH and go read Arch property holdings 1, LLC.   If you don't believe me we could just ask the lawyers who did the documents and we could ask the other people that are entitled to insurance too and we made it this way for a reason so this very circumstance could never happen in 1

million years.  So yes Johnny boy you work for me!  And I do not consent to or authorize anything that you're doing!

I'll copy the class C members here since they have protections under the policy too (well one does, the other one waived their rights to anything the moment she went against their employment agreement, Yep Michele it's obvious too and you admitted it to me so come on out from hiding - you are an accomplice and that's crystal clear.  Oh, are you still "covered" as Jared said to me last year ?  That's right, you will always be a subordinate at best, and you know my claims I have against you and I will assert them at some point, mark my words.

And although Yechiel  was not a class c member, he was practically treated this one and you jackasses have threatened him to do bad things for you against me and that certainly would qualify for an insurance that says I'm the only one that would be able to administer it I probably would grant him the authority to make a claim!

And Kevin Weiner keep your mouth shut and don't you dare respond to me about anything, go play some video games , go back to the little leagues - oh I'm sorry you couldn't actually play in little league either  -  for a whole variety of reasons, use  your imagination!

Oh, are you just got caught trying to maneuver improper authority under the auspice of the federal / BK court!

Have a great night!!!

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
> **Date:** May 5, 2026 at 4:48:24 PM EDT
> **To:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Subject: FW: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)**
>
> Jeff –
>
> The attached came in from Jonathan Koevary while I was in court.  I will review and let you know what I think.
>
> Alec

&lt;image080004.png&gt;

| | |
|---|---|
| **Alec Ostrow**<br>aostrow@beckerglynn.com | 299 Park Avenue • New York, New York 10171<br>Telephone (212) 888-3033 • Facsimile (212) 888-0255<br>www.beckerglynn.com<br>Direct (212) 303-9577 |

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Koevary, Jonathan T. <JKoevary@olshanlaw.com>
**Sent:** Tuesday, May 5, 2026 10:31 AM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>;
sschechter@kbrlaw.com; jdilena@kbrlaw.com;
ecarleton@skarzynski.com; kfisher@skarzynski.com;
mkenny@wiggin.com; sgriffin@wiggin.com;
julie.levine@offitkurman.com; rajb@mllg.nyc
**Cc:** Sean Southard <ssouthard@klestadt.com>; Brendan Scott
<bscott@klestadt.com>; Allen Schwartz
<allen@allenschwartzlaw.com>; Crawford, Anthony B.
<ACrawford@olshanlaw.com>; Farahati, Sahand
<SFarahati@olshanlaw.com>
**Subject:** 26-01015-lgb AP Great American Insurance Company v. Arch
Real Estate Holdings LLC et al (In re Simpson)

Dear all,

Attached please find proposed remand findings in connection with
last week's hearing to submit to chambers. Let us know of any
comments. Thank you, Jon
**Jonathan Koevary**

# O L S H A N

**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**
**Direct: 212.451.2265**
**Facsimile: 212.451.2222**
**Email: JKoevary@olshanlaw.com**
**Web: www.olshanlaw.com**

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain
information that is confidential or proprietary, or protected by the attorney-client privilege
or work product doctrine. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you
have received this transmission in error, please notify Olshan Frome Wolosky LLP at once
at 212.451.2300.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.