

299 Park Avenue
New York, New York 10171

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

ATTORNEYS AND COUNSELORS AT LAW

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

Alec P. Ostrow, Partner
aostrow@beckerglynn.com

May 12, 2026

<u>VIA ECF</u>

Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

Re:    Jeffrey Solomon Simpson, Debtor, Case No. 25-10437 (LGB)
       Great American Insurance Co. v. Arch Real Estate Holdings, LLC *et al.*
       <u>Adversary No. 26-01015 (LGB) - Submission of Proposed Counterorder</u>

Dear Judge Beckerman:

My firm represents the above-referenced debtor. I respectfully submit a proposed counterorder to the order submitted together with the letter to Your Honor from Jonathan T. Koevary, Esq., dated and filed today. The proposed counterorder is attached to this letter as Exhibit 1.

The proposed counterorder submitted herewith is a clean version of the mark-up that I sent on May 11, 2026, to Mr. Koevary and counsel for the other parties, which is Exhibit C to Mr. Koevary's letter. To the extent that the Court is inclined to enter proposed findings of fact and conclusions of law, I respectfully submit that the proposed order submitted herewith more faithfully comports with the Court's ruling on the record of the hearing on April 30, 2026 than does the order submitted with Mr. Koevary's letter.

Respectfully yours,

*/s/ Alec P. Ostrow*

Alec P. Ostrow

cc:    Counsel for all parties via ECF

4938-4477-0731 v.1